TOLL FREE: 1(800) 313-2546
FACSIMILE: (843) 494-5536

REPLY TO ANN STREET OFFICE
CMAD@AKIMLAWFIRM.COM

**Class & Mass Action Division**

# POULIN | WILLEY ANASTOPOULO

AKIM A. ANASTOPOULO (SC)
ERIC M. POULIN (SC)(GA)(NC)(CA)
ROY T. WILLEY, IV (SC)(KY)(NJ)
_____

BLAKE G. ABBOTT (SC)(NC)
CONSTANCE ANASTOPOULO (SC)*
A. ELLIOTT HUGER BARROW, JR. (SC)*
HANNA K. BATHRICK (NC)
BRADLEY BURGESS (SC)
MATTHEW J. BURGESS (SC)
JOSHUA P. CANTWELL (SC)
CHASE H. COBLE (SC)
RALPH JAMES D'AGOSTINO III (DC)
ERICA M. DOBRICH (SC)
PAUL DOOLITTLE (SC)
JACQUELINE A. DUFOUR (SC)
HERB F. GLASS (SC)(GA)
LANE D. JEFFERIES (SC)
NIKIRA M. LAFRANCE (NC) (SC)
ANGELINE LARRIVEE (NJ) (SC)
RYAN A. LOVE (SC)(NC)
STEPHANIE L. MASCELLA (SC)
FREDRICK J. MOGAB (SC)(NE)
LAUREN E. MOORE (SC)
JESSICA S. NELSON (SC)
J.C. NICHOLSON (SC)
JULIA K. PIRILLO (WV)
REBECCA A. RAYNER (OH)(SC)
INDIA D. SHAW (SC)(DC)
ANDREW D. SMITH (SC)
JOSEPH E. THOENSEN (SC)
BRADLEY TINGER (SC)

*OF COUNSEL

March 22, 2023

**Sent via ECF**
Hon. Joi Elizabeth Peake
US District Court
Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

RE: *Case No.:* 1:22-cv-01043-TDS-JEP SPEAKS v. LYONS MAGNUS, LLC et al

Dear Judge Peake:

    We write on behalf of both parties in the above-captioned action to provide a status report concerning the progress of settlement discussions as reflected in Plaintiffs Request for Extension of Time (*see* Dkt. No. 8).

    The Parties met and successfully mediated and settled the claims in this matter on March 14, 2023, along with seven other pending cases across the nation against the same Defendant.[1] The parties will continue to finalize the settlement in the Southern District of New York under case *Catalano v. Lyons Magnus LLC and TRU Aseptics, LLC* case No: 7:22-cv-06867-KMK.

    Accordingly, in light of the development of settlement finalization, the parties respectfully request that they be given 30 additional days, or until May 1, 2023, to provide a status report to the Court concerning the progress of their settlement finalization.

Sincerely,

*/s/Blake G. Abbott*
Blake G. Abbott, Esq.

Cc: All Counsel of Record

---

[1] The related matters include:
Karen Radford, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 1:23-cv-00088 (E. D. Ca.)
Christy Deringer, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 1:22-cv-00968 (E.D. Ca.)
Tomoko Nakanishi, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 1: 22-cv-06899 (N. D. Ill.)
Veronica Pereya, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 1:22-cv-06622 (N. D. Ill.)
Roberta Sinco, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 1:22-cv-01479 (E. D. Ca.)
Catalano v. Lyons Magnus LLC and TRU Aseptics, LLC case No: 7:22-cv-06867 (S.D.N.Y.)
Edmond Dixon, et al v. Lyons Magnus, LLC and TRU Aseptics, LLC, 2:22-cv-04039 (D. S.C.)

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**

**Charleston, SC | North Charleston, SC | Columbia, SC | Florence, SC | Greenville, SC | Myrtle Beach, SC
Charlotte, NC | Lumberton, NC | Wilmington, NC (Appt. Only)**

Case 1:22-cv-01043-TDS-JEP   Document 12   Filed 03/22/23   Page 1 of 1